IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                      4:05CR00317-01-BRW

MARK ANTHONY PERSLEY

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 10 months at a designated Bureau of Prisons correctional facility. The defendant is to participate in residential or nonresidential substance abuse treatment during incarceration. There is no supervised release to follow incarceration.

The defendant is required to be under the supervision of the U.S. Probation Office and is to be drug tested until he reports to the designated Bureau of Prisons facility on Monday, August 15, 2011, by 2:00 p.m.

IT IS SO ORDERED this 14th day of July, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

supvrl.2.Persley.wpd